MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ANTHONY NELSON, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 10-00244 EMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING <br><br> Hearing Date: July 10, 2013 <br> Hearing Time: 2:30 p.m. <br> Courtroom No. 5 |

The parties hereto stipulate as follows:

1. Counsel for Mr. Nelson has been informed that Mr. Nelson is receiving necessary medical treatment that is scheduled to be completed on August 14, 2013, and that will therefore not be completed by the current date of sentencing.

2. The parties are in agreement to continue the current sentencing date of July 10, 2013, to August 21, 2013, at which time Mr. Nelson should be finished with his treatment.

3. U.S. Probation Officer Constance Cook, the probation officer assigned to this

//

STIP. & [PROPOSED] ORDER
CR 10-00244 EMC

case, is in agreement with this request and is available on August 21, 2013.

IT IS SO STIPULATED.

Dated: June 13, 2013                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        MICHELLE J. KANE
                                        Assistant United States Attorney

Dated: June 13, 2013


                                        _____/s/_____
                                        KENNETH WINE
                                        Counsel for Michael A. Nelson

**ORDER**

FOR GOOD CAUSE SHOWN, It is hereby ordered that Defendant Michael Nelson's Sentencing Hearing is continued from July 10, 2013, to August 21, 2013, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 6/20/13  _____

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen